UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WILLIAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>UNKNOWN,<br><br>            Defendant. | No. 2: 20-cv-1950 KJM KJN P<br><br><br><br>ORDER |

     Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On July 8, 2021, plaintiff filed a copy of an Inmate Request for Interview form. (ECF No. 50.) This form is addressed to K. Michels, Appeals, CCII. (Id.) In this form, plaintiff seeks information regarding whether Sergeant Cherniss should hear plaintiff's grievance #130699. (Id.) At the top of this form plaintiff wrote, "Emergency Request, 5th Amendment Violation, Self-Incrimination." (Id.)

     It does not appear that the Request for Interview Form filed July 8, 2021 requests court action. In any event, Federal Rule of Civil Procedure 7(b) states that a request for a court order must be made by motion. The Request for Interview Form filed July 8, 2021 is not a motion.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's Request for Interview Form filed July 8, 2021 (ECF No. 50) is disregarded.

Dated: July 26, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Will1950.ord