UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-1950 KJM KJN P<br><br><br><br>ORDER |

　　　　Plaintiff has filed his second request for an extension of time to file objections to the March 2, 2022, findings and recommendations.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

　　　　IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for an extension of time (ECF No. 77) is granted; and

　　　　2. Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.  No further extensions of time will be granted.

Dated: May 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

will1950.36sec

1