UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN WILLIAMS, | No. 2:20-cv-1950 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 2, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations, and an addendum to the objections as well.  ECF Nos. 79, 80.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  While plaintiff has provided a document suggesting one defendant, Sayers, did not comply with established policies in removing plaintiff from a program assignment, the document does not

contain sufficient information to conclude plaintiff can further amend his complaint to state a claim.  *See* ECF 80.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 2, 2022, are adopted in full;
2. This action is dismissed; and
3. The clerk of court is directed to close this case.

DATED:  September 12, 2022.

CHIEF UNITED STATES DISTRICT JUDGE